Viddell Lee Heard (# 175049)
 vheard@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel:  (626) 535-1900 | Fax:  (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a WORLD SAVINGS BANK, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. JUDAN, an individual and MARYLYN CALLEJO-JUDAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, AS LENDER; BUCKLEY MADOLE, PC, AS TRUSTEE; and DOES 1 TO 100 INCLUSIVE,<br><br>Defendant. | CASE NO.:  3:15-CV-05029-HSG<br><br>[The Hon. Haywood S. Gilliam, Jr.]<br><br>**DEFENDANT WELLS FARGO REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE MOTION TO DISMISS HEARING**<br><br>Date:     January 21, 2016<br>Time:    2:00 p.m.<br>Ctrm:    15 – 18th Floor |

TO THE CLERK OF THE COURT AND THE HONORABLE HAYWOOD S. GILLIAM, JR.:

  Counsel for defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo") hereby requests permission to appear telephonically at the upcoming Motion to Dismiss hearing, scheduled for January 21, 2016.

1  Wells Fargo's counsel, Viddell Lee Heard, is located in Pasadena, California and cannot
2  easily or efficiently attend the hearing in person while meeting his other obligations. Mr. Heard's
3  direct-dial telephone number is (626) 204-0256. (He can also, if the Court wishes, arrange to
4  appear by CourtCall.) If granted permission to appear by telephone, Mr. Heard will be fully
5  prepared to discuss the issues pertaining to the case.

Respectfully submitted,

Dated:  January 11, 2016

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: /s/ *Viddell Lee Heard*
Viddell Lee Heard
vheard@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo")



DENIED
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP