UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. JUDAN, an individual and MARYLYN CALLEJO-JUDAN, an individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a business entity; and DOES 1 TO 100 INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO.:  3:15-CV-05029-HSG<br><br>[Assigned to the Hon. Haywood S. Gilliam, Jr.]<br><br>**ORDER DENYING DEFENDANT WELLS FARGO BANK, N.A.'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE NOVEMBER 17, 2016 HEARING ON MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:　　November 17, 2016<br>Time:　　2:00 p.m.<br>Ctrm:　　15, 18th Floor |

1  The Court, having read the request by Defendant WELLS FARGO BANK, N.A. ("Wells
2  Fargo") that its counsel be permitted to appear telephonically at the November 17, 2016 Hearing
3  on *Motion to Dismiss Plaintiffs' First Amended Complaint* of the above-entitled Court, and good
4  cause showing:

5  Counsel for Wells Fargo's request to appear telephonically at the November 17, 2016
6  Hearing on *Motion to Dismiss Plaintiffs' First Amended Complaint* is DENIED.

7  **IT IS SO ORDERED.**

9  Dated: November 10, 2016        _____
                                    HONORABLE HAYWOOD S. GILLIAM, JR.
10                                  UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is 301 N. Lake Avenue, Suite 1100, Pasadena, California  91101-4158.

On November 8, 2016, I served the foregoing document entitled:

**ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE NOVEMBER 17, 2016 HEARING ON MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

on all interested parties in said case as follows:

**Served Electronically Via Than The Court's CM/ECF System:**

*Attorneys for Plaintiffs:*

Matthew D. Mellen, Esq.
Enjoi Cho, Esq.
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA  94111

Tel:  (415) 315-1653          Fax:  (415) 276-1902

email@mellenlawfirm.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on November 8, 2016.

\_\_\_\_\_Jill Ashley\_\_\_\_\_          \_\_\_\_\_*/s/ Jill Ashley*\_\_\_\_\_
(Type or Print Name)          (Signature of Declarant)