Viddell Lee Heard (# 175049)
 vheard@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
301 N. Lake Avenue, Suite 1100
Pasadena, California 91101-4158
Telephone: (626) 535-1900
Facsimile: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor
by merger with Wells Fargo Bank
Southwest, N.A., f/k/a Wachovia Mortgage,
FSB, f/k/a World Savings Bank, FSB
("Wells Fargo")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. JUDAN, an individual and MARYLYN CALLEJO-JUDAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a business entity; and DOES 1 TO 100 INCLUSIVE,<br><br>Defendants. | CASE NO.: 4:15-CV-05029-HSG<br><br>[*Assigned to the Hon. Haywood S. Gilliam, Jr.*]<br><br>**DEFENDANT WELLS FARGO'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE MOTION TO DISMISS HEARING**<br><br>Date: November 2, 2017<br>Time: 2:00 p.m.<br>Crtrm.: 2, 4th Floor |

TO THE CLERK AND THE HONORABLE HAYWOOD S. GILLIAM, JR.:

Counsel for Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo") hereby requests permission to appear telephonically at the Motion to Dismiss hearing, scheduled for November 2, 2017.

Grounds for the request are as follows:

1. Wells Fargo's counsel is located in Pasadena, California.
2. An appearance by telephone will save substantial legal fees and costs. Allowing counsel to appear by telephone at the Motion to Dismiss hearing in this case will allow him to more efficiently meet his obligations to this case as well as others.
3. If allowed to appear before this Court on November 2, 2017, Defendant's counsel will be fully prepared to address all issues raised in the pending motion.

Dated: October 18, 2017

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN, LLP

By: /s/ Viddell L. Heard
Viddell L. Heard
vheard@afrct.com
Attorneys for Defendant
Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo")

DATED: 10/18/2017



DENIED
Judge Haywood S. Gilliam Jr.