Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
Allen T. Koster (Bar No. 313562)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, California 94111
Telephone: (415) 315-1653
Facsimile: (415) 276-1902

Attorney for Plaintiffs,
MANUEL A. JUDAN
MARYLYN CALLEJO-JUDAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. JUDAN, an individual and MARYLYN CALLEJO-JUDAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, AS LENDER; BUCKLEY MADOLE, PC, AS TRUSTEE; and DOES 1 TO 100 INCLUSIVE,<br><br>Defendants. | CASE NO.: 4:15-cv-05029-HSG<br><br>*[Assigned to Hon. Haywood S. Gilliam, Jr.]*<br><br>**STIPULATION REGARDING TRIAL DEADLINES; ~~PROPOSED~~ ORDER** |

Per the Court's Order following the November 2, 2017 hearing on Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint, Plaintiffs Manuel A. Judan and Marylyn Callejo-Judan ("Plaintiffs") and Defendant Wells Fargo Bank, National Association ("Defendant") hereby stipulate to the following deadlines in this action:

| | |
|---|---|
| Initial Disclosures | December 21, 2017 |
| Discovery Cutoff | May 31, 2018 |
| Initial Expert Disclosures | June 15, 2018 |
| Rebuttal Expert Disclosures | June 29, 2018 |
| Last Day For Hearing on Dispositive Motions | September 27, 2018 |
| Pretrial Conference | November 13, 2018 |
| Trial | December 3, 2018 |

Respectfully submitted,

Dated: November 16, 2017  MELLEN LAW FIRM

By: ___/s/ *Jessica Galletta*___
Jessica Galletta, Esq.
Attorney for Plaintiffs,
MANUEL A. JUDAN
MARYLYN CALLEJO-JUDAN

Respectfully submitted,

Dated: November 16, 2017  ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP

By: ___/s/ *Viddell Lee Heard*___
Viddell Lee Heard
Attorney for Defendant,
WELLS FARGO BANK, N.A.

# **ORDER**

The Court, having reviewed the parties' stipulation and finding good cause to enter an order thereon, hereby accepts the parties' stipulation and orders the following deadlines in this action:

| | |
|---|---|
| Initial Disclosures | December 21, 2017 |
| Discovery Cutoff | May 31, 2018 |
| Initial Expert Disclosures | June 15, 2018 |
| Rebuttal Expert Disclosures | June 29, 2018 |
| Last Day For Hearing on Dispositive Motions | September 27, 2018 |
| Pretrial Conference | November 13, 2018 |
| Trial | December 3, 2018 |

**IT IS SO ORDERED**, except the Court sets July 13, 2018 as the expert discovery cut-off.

DATED: 11/17/2017

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge